FILED

2021 NOV 12 PM 9:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY DEA

No CV30

1. James Lowther (Full Name)
2. businessjel@hotmail.com (Email Address)
3. 102 Ridge Valley/Apt. 310 (Address Line 1)
4. Irvine, CA 92618 (Address Line 2)
5. (424) 394-2998 (Phone Number)
6. Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

James Lowther,

PLAINTIFF,

vs.

Hoag Hospital,

DEFENDANT(S).

Case No.: 8:21cv1867-DOC-KESx
(To be supplied by the Clerk)

COMPLAINT FOR:

Emtala
Evidence Spoliation

Jury Trial Demanded: ☑ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 42 U.S. Code § 1395 dd

Federal Rule of Civil Procedure 37(e)(1)(2)

## II. VENUE

2. Venue is proper pursuant to  Central District of California in the County of Orange and City of Santa Ana because all events giving Rise to plaintiff's claims occurred in Orange County.

## III. PARTIES

3. Plaintiff's name is James Lowther. Plaintiff resides at: 102 Ridge Valley Apt. 310 Irvine, CA 92618

4. Defendant Hoag Hospital Newport Beach 1 Hoag Drive Newport Beach, CA 92663

5. Defendant

2

*Page Number*

___. Defendant BRUCE SAMSON, RN
*Insert ¶ #*

Hoag Hospital
1 Hoag Drive
Newport Beach, CA 92663

___. Defendant JANET PETRUNA
*Insert ¶ #*

Hoag Hospital
1 Hoag Drive
Newport Beach, CA 92663

___. Defendant _____
*Insert ¶ #*

___. Defendant _____
*Insert ¶ #*

## IV. STATEMENT OF FACTS

___. At all times material to the alleged actions, plaintiff was transported by Newport Beach Fire Dept. ambulance service from his place of employment at Pacific Life Insurance in Newport Beach, CA to the emergency room dept. at Hoag hospital in Newport Beach. The medical incident occurred on 11/11/2020 on Veterans Day holiday. Upon arrival at the emergency room at the hospital as the incident began when the EMT

___. Ambulance professional (Kelly Conte) began arguing with the medical patient about medicine not taken and given by her at the hospital's emergency room front lobby desk. Bruce Samson, RN who was working at the emergency lobby desk had spoken to the EMT professional. The medical patient was seen and spoke with the emergency room doctor of medical report discoveries. The doctor recommended the medical patient to take pain narcotic

___. medicine to relieve excruciating pain in result of a severe kidney stone which was life threatening. The doctor left the patient's room who authorized the nurse to enter the medical patient's with the authorized medicine and water instructed to take. Janet Petruna, RN gave the medical patient water and medicine. The nurse questioned and argued with the medical patient that concerned her nursing license being revoked if medical patient left the hospital to endanger

4

Page Number

_Insert ¶#_ . his life. The medical patient mentioned to nurse that his being endangered at that present time if medicine is not taken. The nurse took away the medicine and rushed from the patient's room. The patient asked the nurse to contact the doctor immediately while standing in the patient's visitor lobby among many visitors. The nurse refused to call the doctor to resolve the medical serious concerns. The nurse contacted Bruce Samson, RN from the emergency front lobby

_Insert ¶#_ . desk to visit the medical patient's room to ask the patient questions of how the medical bill payment will be payed and was the medicine taken. The medical patient asked the nurse to contact the doctor to resolve these serious medical concerns as the nurse refused to do so. The Registered Nurse threatened the medical patient if questions are not answered that hospital security will be contacted. Hospital security arrived with both nurses to escort a physical presence.

_Insert ¶#_ . to discharge the medical patient as patient was denied medicine, under extreme pain, and life was endangered. On 11/12/2020 the medical patient did communicate with the hospital's patient relations department to safeguard all video & camera security surveillance as legal evidence to present to the court in regards of the incident that occurred on 11/11/2020. The medical patient is a military veteran, California certified security professional to know evidence was intentionally spoiled and destroyed by the hospital.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION
(Life Endangerment of Medical Patient, Safety, Falsifying Medical Info)
*insert title of cause of action*

(As against Defendant(s): Janet Petruna, Registered Nurse)

___. During 11/11/2020 Janet Petruna, Registered Nurse (RN) at Hoag hospital visited the medical patient's room to give medicine to patient which was authorized by the doctor to do so. The nurse began to argue and dispute of the medical patient taking medicine which was personal

___. Concern rather professional of losing her nurse license as patient was severely ill with extreme pain which was a necessity to take the medicine. The nurse took away the medicine from the medical patient's hand. The medical patient requested the nurse to contact the doctor immediately

___. And contact the taxi to transport the medical patient safely to his home for safety reasons. The nurse refused both requests of the patient. The nurse immediately left the patient's room to potentially endanger the life of patient, violated safety precautions, and falsely gave information to Bruce Samson.

## SECOND CAUSE OF ACTION

(Life Endangerment of Patient, EMTALA, Incite Violence,)
*insert title of cause of action* Safety Violations

(As against Defendant(s): Bruce Samson, Registered Nurse )

___. During 11/11/2020 Bruce Samson, RN had communicated with Janet Petruna, RN to make an unauthorized medical visit to the medical patient's room to argue and torment the medical patient of how the hospital bill be paid and did the patient taken the medicine or not that was authorized by the

___. doctor. The patient refused that were asked by the nurse to give answers but asked the nurse to immediately contact the doctor or hospital management immediately. The nurse refused to contact those designated medical officials. Afterwards, the nurse threatened the medical patient if his questions are not answered

___. to contact security to forcibly escort patient from the hospital. The nurse threatened the patient to call the police to come and kill the patient. EMTALA violations occurred when the nurse intentionally gave false information to escort patient without sufficient medical care & treatment while patient was severly ill and facing possible life endangerment.

**THIRD CAUSE OF ACTION**

(Safety Violations, Assault (Minor), Spoliation of Evidence)
*insert title of cause of action*

(As against Defendant(s): Hospital Security )

___. During 11/11/2020 the hospital security personnel, Bruce Samson (RN), and Janet Petruna (RN) all visited the medical patient's room in result of false information given from both nurses for security to forcibly discharge the medical patient from hospital without giving authorized medical treatment

___. of medicine, patient under severe pain, and patient facing the severity of his illness to have caused potential life endangerment. The patient requested hospital security to contact the doctor or hospital management to resolve all medical disputes involving the medical patient. Hospital security refused to make

___. those requests to contact designated parties/medical officials. A hospital security staff entered the patient's room to intentionally step on the patient's while barefooted. The patient informed security staff to safeguard all security video footage for legal purposes. On 11/12/2020 the security destroyed all evidence.

8

*Page Number*

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____
_____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. For A declaration that Defendant's medical Actions, policies, And hospital practices As Alleged Are unlawful; For compensatory damages for mental stress, emotional pain And suffering for the Amount Requested.

___. For interest on damages including pre- And post judgement interest And AN upward Adjustment for inflation.

___. Wherefore, Plaintiff is seeking A Request for Relief of $5,000,000 (five million US. Dollars) factually based on medical life endangerment And present medical complications based on unprofessional

___. And improper medical emergency Room procedures, protocols, And intentional motives to inflict damages upon the medical patient As the medical victim.

Dated: 11/11/2021
Sign: James Lowther
Print Name: James Lowther

10

Page Number